Paul S. Prior
Nevada Bar No. 9324
Karl O. Riley
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite. 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
Email: kriley@swlaw.com

Attorneys for Diamond Resorts International Marketing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN A. RAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS<br>INTERNATIONAL MARKETING, INC.,<br>a California corporation; and DOES 1<br>through 100, inclusive<br><br>　　　　　Defendant. | CASE NO. 2:12-cv-00747-JCM-PAL<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN A. RAY, and Defendant DIAMOND RESORTS INTERNATIONAL, through their respective counsel of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

record, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees.

DATED this 17 day of April, 2013.

SNELL & WILMER L.L.P.

By: /s/ Paul S. Prior
Paul S. Prior
Nevada Bar No. 9324
Karl O. Riley
Nevada Bar No. 12077
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant

DATED April 24, 2013.

DATED this 19th day of April, 2013.

MARQUIZ LAW OFFICE, P.C.

By: /s/ Craig A. Marquiz
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052

Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

16838714